| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | MANUEL U. ARAUJO |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant JOHNSTON |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 04-20179 LHK | |
| | ) | | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** | |
| | ) | **ORDER CONTINUING HEARING** | |
| v. | ) | **DATE AND EXCLUDING TIME** | |
| | ) | **UNDER THE SPEEDY TRIAL ACT** | |
| MICHAEL JOHNSTON, | ) | | |
| | ) | | |
| Defendant. | ) | | |

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for, December 21, 2011 at 10:00 a.m., to February 1, 2012, at 10:00 a.m. The reason for the continuance is defense counsel's unavailability because of a recent death in defense counsel's family, and continuity of counsel.

The parties further agree and stipulate that time should be excluded from and including December 21, 2011, through and including February 1, 2012, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Stipulation and [Proposed] Order
No. CR 04-20179 LHK           1

|     |                          |                                                      |
| --- | ------------------------ | ---------------------------------------------------- |
| 1   | IT IS SO STIPULATED.     |                                                      |

Dated: December 14, 2011

_____/s/_____
MANUEL ARAUJO
Assistant Federal Public Defender

Dated: December 14, 2011

_____/s/_____
JEFF NEDROW
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY ORDERED that the status conference hearing in the above-captioned matter shall be continued from December 21, 2011, at 10:00 a.m., to February 1 2012, at 10:00 a.m.

THE COURT FINDS that failing to exclude the time between December 21, 2011, and February 1, 2012, would unreasonably deny the defendant's continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between December 21, 2011, and February 1, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the period of delay from December 21, 2011, through and including February 1, 2012, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: December \_\_15\_\_, 2011

_____
HONORABLE LUCY H. KOH
United States District Judge

Stipulation and [~~Proposed~~] Order
No. CR 04-20179 LHK        2